-PS-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

———————————————————

SHAWN DOYLE, 06A1215,

        Petitioner,

      -v-                              10-CV-6041L

MARK BRADT,                            **ORDER**

        Respondent.

———————————————————

      Petitioner, an inmate at the Elmira Correctional Facility, has brought this proceeding under 28 U.S.C. § 2254.  Petitioner seeks to challenge a conviction reached in Washington County Court located in the Northern District of New York.  The Court finds that the Northern District of New York would be a more convenient forum for this action because all of the records relating to the petitioner's underlying criminal conviction are located in that district.  *See* Braden v. 30th Judicial Circuit Court of Kentucky, 410 U.S. 484, 499, n.15 (1973).  The determination of the petitioner's motions for permission to proceed *in forma pauperis* and for appointment of counsel have been left to the Northern District of New York.

      IT HEREBY IS ORDERED, that the case is transferred to the United States District Court for the Northern District of New York.

      **SO ORDERED.**

                           S/ MICHAEL A. TELESCA
                            MICHAEL A. TELESCA
                    United States District Judge

Dated:     February 3, 2010
             Rochester, New York